LAW OFFICES
**STEVEN A. VARANO, P.C.**
96 NEWARK POMPTON TURNPIKE
P.O. Box 360
LITTLE FALLS, NEW JERSEY 07424
TEL: (973) 256-1414
FAX: (973) 256-6111
EMAIL: MAIL@VARANOLAW.COM

STEVEN A. VARANO*

ALBERT J. SEIBERT

*MEMBER OF NJ & PA BARS

February 13, 2025

**VIA ECF**

Clerk's Office
United States District Court
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, New Jersey 07101

RE:   United States of America v. Damion James, Herman Pride, et al
      Docket No.: 2:21-cr-00578

Dear Sir/Madam:

Please be advised, this office represents Defendant Herman Pride, with regard to the above referenced matter. I am the lead attorney on this matter, and I respectfully request attorney Justyna Eisenbardt be withdrawn/ removed as attorney to be noticed, and/or as attorney of record. Mrs. Eisenbardt will be leaving my firm.

Thank you.

Respectfully Submitted,

*/s/Steven A. Varano, Esq.*
STEVEN A. VARANO, ESQ.

SAV/mg